# United States Court of Appeals
## <u>For the First Circuit</u>

No. 15-1491

IN RE: ARIAD PHARMACEUTICALS, INC. SECURITIES LITIGATION

———————————

JOSEPH BRADLEY; PENSION TRUST FUND FOR OPERATING ENGINEERS; CITY
OF FORT LAUDERDALE POLICE & FIRE RETIREMENT SYSTEM; AUTOMOTIVE
INDUSTRIES PENSION TRUST FUND; WILLIAM A. GAUL, D.M.D.,

Plaintiffs, Appellants,

NABIL ELMACHTOUB, individually and on behalf of all others
similarly situated; JAMES L. BURCH, individually and on behalf
of all others similarly situated; GREATER PENNSYLVANIA
CARPENTERS' PENSION FUND, individually and on behalf of all
others similarly situated; JIMMY WANG, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

ARIAD PHARMACEUTICALS, INC; HARVEY J. BERGER; FRANK G. HALUSKA;
TIMOTHY P. CLACKSON; EDWARD M. FITZGERALD; JEFFERIES & COMPANY,
INC.; WAYNE WILSON; JAY R. LAMARCHE; BMO CAPITAL MARKETS CORP.;
ATHANASE LAVIDAS; COWEN AND COMPANY, LLC; RBC CAPITAL MARKETS,
LLC; JP MORGAN SECURITIES LLC; LEERINK SWANN LLC; NORBERT G.
RIEDEL; MASSIMO RADAELLI; ROBERT M. WHELAN, JR.; UBS SECURITIES
LLC,

Defendants, Appellees,

DAVID E. I. PYOTT; MIKE R. BOWLIN; JOHN T. CARDIS; WESLEY W.
VONSCHACK; ROBERT A. INGRAM; WILLIAM J. LINK; MICHAEL A.
MUSSALLEM; BARBARA J. MCNEIL,

Defendants.

———————————

**ERRATA SHEET**

The opinion of this Court, issued on November 28, 2016, is
amended as follows:

On page 7, line 6, insert "a" after "state"